UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : CHAPTER 13
   Danielle A. Clarke         :
                                      :
      Debtor(s)              : NO.   25-13491 djb

### CERTIFICATION OF NOTICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for the Debtor in the above-captioned matter, hereby certifies that the Amended Chapter 13 Plan and Amended Schedule J were served on November 12, 2025, on all creditors ,by Court- generated ECF notice and/or served a copy by first class mail,  to the following:

| | |
|---|---|
| **Frederic J. Baker, Esquire** | ECF Notice and e-mail |
| Asst. U.S. Trust | USTPRegion03.PH.ECF@usdoj.gov |
| | |
| **Kenneth E. West, Trustee** | Kwest@ph13trustee.com |

**The following creditors were sent the Amended Plan by first class mail:**

       **TD Bank USA, N.A.**
       **c/o Weinstein & Riley**
       **749 Gateway, Suite G-601**
       **Abilene, TX 79602**

       **JPMorgan Chase Bank, N.A.**
       **S/b/m/t Chase Bank USA, N.A.**
       **Robertson, Anschutz, Schneid**
       **Crane & Partners, PLLC**
       **6409 Congress Ave., Suite 100**
       **Boca Rotan, FL 33487**

**One Main Financial**
**P.O. Box 3251**
**Evansville, IN 47731**

**PNC Bank, N.A.**
**3232 Newmark Drive**
**Miamisburg, OH 45342**

**Jefferson Capital**
**P.O. Box 7999**
**Saint Cloud, MN 56302**

**Resurgent Receivables, LL**
**Resurgent Capital Services**
**P.O Box 10587**
**Greenville, SC 29603-0587**

**Wells Fargo Bank**
**P.O. Box 10438, MAC F8235-02F**
**Des Moines, IA 50306-0438**

**LVNV Funding, LLC**
**P.O. Box 10587**
**Greenville, SC 29603-0587**

**Citibank, N.A.**
**5800 S. Corporation Place**
**Sioux Falls, SD 57108-5027**

**Danielle Clarke**
**5127 W. Thompson Street**
**Philadelphia, PA 19131**


**11-12-25**                                           **/s/ MICHAEL A. LATZES**
                                                       **MICHAEL A. LATZES, ESQUIRE**
                                                       **Attorney for Debtor**
                                                       **1528 Walnut Street, Suite 710**
                                                       **Philadelphia, PA 19102**
                                                       **(215) 545-0200**
                                                       **Attorney I.D. 34017**