UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Danielle A. Clarke | : |
| | : |
| Debtor(s) | : NO.   25-13491  djb |

## CERTIFICATION OF NOTICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for the Debtor in the above-captioned matter, hereby certifies that a true and copy of the Amended Chapter 13 Plan was served on December 8, 2025, on all creditors ,by Court- generated ECF notice and/or served a copy by first class mail,  to the following:

| | |
|---|---|
| Frederic J. Baker, Esquire | ECF Notice and e-mail |
| Asst. U.S. Trust | USTPRegion03.PH.ECF@usdoj.gov |
| | |
| Kenneth E. West, Trustee | Kwest@ph13trustee.com |
| | |
| Matthew K. Fissel, Esquire | Matthew.fissel@brockandscott.com |

**The following creditors were sent the Amended Plan by first class mail:**

>TD Bank USA, N.A.
>c/o Weinstein & Riley, PS
>749 Gateway, Suite G-601
>Abilene, TX 79602
>
>JPMorgan Chase Bank, N.A.
>s/b/m/t Chase Bank USA
>Robertson, Anschutz, Schneid
>Crane & Partners, PLLC
>6409 Congress Ave., Suite 100
>Boca Raton, FL 33487
>
>OneMain Financial
>P.O. 3251
>Evansville, IN 47731
>
>PNC Bank, N.A.
>c/o pNC Bank, N.A.
>3232 Newmark Drive
>Miamisburg, OH 45342
>
>Jefferson Capital Systems, LLC
>P.O. BOX 7999
>Saint Cloud, MN 56302-9617
>
>Resurgent Receivables, LLC
>Resurgent Capital Services
>P.O. Box 10587
>Greenville, SC 29603-0587
>
>Wells Fargo Bank, N.A.
>Wells Fargo Card Services
>P.O. Box 10438 MAC F8235-02F
>Des Moines, IA 50306-0438

**Citibank, N.A.**
**5800 S. Corporate Place**
**Sioux Falls, SD 57108-5027**

**Danielle A. Clarke**
**5126 W. Thompson Street**
**Philadelphia, PA 19131**

| | |
|---|---|
| **12-8-2025** | **/s/ MICHAEL A. LATZES** |
| | **MICHAEL A. LATZES, ESQUIRE** |
| | **Attorney for Debtor** |
| | **1528 Walnut Street, Suite 710** |
| | **Philadelphia, PA 19102** |
| | **(215) 545-0200** |
| | **Attorney I.D. 34017** |