United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-13491-djb

Danielle A. Clarke                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Dec 18, 2025     Form ID: 155     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle A. Clarke, 5126 W. Thompson Street, Philadelphia, PA 19131-4408 |
| 15045684 | + | Main Line Health, P.O. BOX 780163, Attn: Bankruptcy Dept., Philadelphia, PA 19178-0163 |
| 15048837 | + | PNC Bank National Association, C/O Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15045688 | + | Sychrony Bank/Home Depot, P.O. BOX 706, Attn: Bankruptcy Dept., Sioux Falls, SD 57101-0706 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15045680 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 19 2025 00:55:10 | Affirm, 650 California Street, Floor 12, Attn: Bankrutpcy Dept., San Francisco, CA 94108-2716 |
| 15045681 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 00:55:15 | Capital One, P.O. Box 31293, Atn: Bankruptcy Dept., Salt Lake City, UT 84131-0293 |
| 15069410 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 00:55:28 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15062104 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 19 2025 00:52:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15045682 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 19 2025 00:55:15 | JPMCB Card, P.O. Box 15369, Attn: Bankruptcy Dept., Wilmington, DE 19850-5369 |
| 15055166 | + | Email/Text: RASEBN@raslg.com | Dec 19 2025 00:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15069207 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2025 00:55:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15045683 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 00:55:28 | Macy'/CBNA, P.O Box 71359, Attn: Bankruptcy Dept., Philadelphia, PA 19176-1359 |
| 15045685 | | Email/PDF: cbp@omf.com | Dec 19 2025 00:55:24 | One Main Financial, 1500 Garrett Road, Suite 1, Upper Darby, PA 19082-4519 |
| 15055505 | + | Email/PDF: cbp@omf.com | Dec 19 2025 00:55:24 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15045686 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 19 2025 00:51:00 | PNC Bank, P.O. BOX 1820, Attn: Bankruptcy Dept., Dayton, OH 45401-1820 |
| 15060038 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 19 2025 00:51:00 | PNC Bank, National Association, c/o PNC Bank N.A., 3232 Newmark Drive, Miamisburg Ohio 45342 |
| 15068318 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2025 00:55:10 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15045687 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 19 2025 00:55:15 | Southwest/Chase Bank, P.O. Box 1423, Attn: |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: 155 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy Dept., Charlotte, NC 28201-1423 |
| 15045689 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2025 00:55:23 | Synchrony Bank/Amazon, P.O. BOX 71711, Attn: Bankruptcy Dept., Philadelphia, PA 19176-1711 |
| 15045690 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2025 00:55:22 | Synchrony/Care Credit, P.O. BOX 71757, Attn: Bankruptcy Dept., Philadelphia, PA 19176-1757 |
| 15045691 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2025 00:55:07 | Synchrony/Lowes, P.O. Box 71746, Attn: Bankrupty Dept., Philadelphia, PA 19176-1746 |
| 15045692 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2025 00:55:22 | Synchrony/Q Card, P.O. Box 669803, Attn: Bankruptcy Dept., Dallas, TX 75266-0952 |
| 15054630 | | Email/Text: bncmail@w-legal.com | Dec 19 2025 00:52:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 15045693 | + | Email/Text: bncmail@w-legal.com | Dec 19 2025 00:52:00 | Target Card Services/TD Bank, P.O. Box 673, Attn: Bankruptcy Dept., Minneapolis, MN 55440-0673 |
| 15045694 | | Email/Text: bknotice@upgrade.com | Dec 19 2025 00:51:00 | Upgrade/Cross River Bank, 275 Battery Street, Floor 23, Attn: Bankruptcy Dept., San Francisco, CA 94111 |
| 15045695 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Dec 19 2025 00:55:25 | WFBNA Card, P.O. Box 393, Attn: Bankruptcy Dept., Minneapolis, MN 55480-0393 |
| 15068648 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 19 2025 00:55:16 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2025                Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL A. LATZES | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: 155 | Total Noticed: 27 |

on behalf of Debtor Danielle A. Clarke efiling@mlatzes-law.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Danielle A. Clarke )<br>   aka Danielle Bundy )<br>                             )<br>   Debtor(s). )<br>                             )<br>                             ) | Case No. 25−13491−djb<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: December 18, 2025

For The Court

Derek J Baker
Judge, United States Bankruptcy Court