Certificate Number: 14912-PAE-DE-041316931

Bankruptcy Case Number: 25-13491

14912-PAE-DE-041316931

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 12, 2026, at 12:21 o'clock PM EDT, Danielle Clarke completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 12, 2026

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor